THE STATE v. BROWN. (*Two Cases.*)

**Intoxicating Liquors:** INFORMATION FOR SELLING: PLEA OF FORMER CONVICTION FOR NUISANCE. (*State v. Graham*, 73 Iowa, 553. followed).

*Appeals from Polk District Court.*

FILED, OCTOBER 18, 1888.

THESE two cases are appeals by the defendant from convictions upon charges of keeping intoxicating liquors with intent to sell the same in violation of law.

*W. S. Sickmon,* for appellant.

*A. J. Baker,* Attorney General, for the State.

ROTHROCK, J.—These appeals present precisely the same question which was determined by this court in *State v. Graham*, 73 Iowa, 553. Following that case the judgments of the district court will be

AFFIRMED.